IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08CR15-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NICKIE MCCASKILL ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion to Review Terms of the Defendant's Detention (Document No. 26) filed by the Defendant, Nickie McCaskill, on March 18, 2008. In the Motion, the Defendant requests that her curfew of 10:00 p.m. to 6:00 a.m. be modified to a curfew of 10:00 p.m. to 5:00 a.m. to accommodate possible employment opportunities. According to the Motion, neither the United States Attorney nor the U.S. Probation Office opposes the modification. The Court thus believes the Motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion to Review Terms of the Defendant's Detention is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the curfew in the Defendant's case shall be modified from 10:00 p.m. to 6:00 a.m. to **10:00 p.m. to 5:00 a.m.**, effective the date of this Order.

**SO ORDERED**.

\

Signed: March 20, 2008

David C. Keesler
United States Magistrate Judge